**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**
**HONORABLE ZAHID Q. QURAISHI**


UNITED STATES OF AMERICA　　　　:

　　　　v.　　　　　　　　　　:　　　Criminal No. 22-318(ZNQ)

GORDIAN NDUBIZU,　　　　　　　:

　　　　Defendant.　　　　　:



**NOTICE OF MOTION FOR BAIL PENDING APPEAL AND EXTEND SURRENDER**
**DATE**


TO:  Alexander E. Ramey, A.U.S.A.
　　　Ashley Pitts, A.U.S.A.
　　　Office of the United States Attorney
　　　District of New Jersey
　　　402 East State Street #430
　　　Trenton NJ 08608

　　　PLEASE TAKE NOTICE that on a date and time to be set by the Court, Mark W. Catanzaro, Esquire, and Jerome A. Ballarotto, Esquire shall move before the Honorable Zahid N. Quraishi, United States District Court Judge, United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey for an Order granting him bail pending Appeal and extending his date to surrender.

Defendant shall rely upon the Certification of Counsel submitted with this Motion as well as a Memorandum of Law to be submitted within seven (7) days with the court's permission.


/s/Mark W. Catanzaro, Esquire          /s/Jerome A. Ballarotto, Esquire

Mark W. Catanzaro, Esquire          Jerome A. Ballarotto, Esquire
21 Grant Street                     143 Whitehorse Avenue
Mt. Holly, New Jersey 08060         Trenton, NJ 08610
Attorney ID No. 015621985           Attorney ID No. 021301979
Phone: (609) 261-3400               Phone: (609) 581-8555
Email: mark@catanzarolaw.com        Email: pirate143@aol.com
*Attorney for Gordian Ndubizu*       *Attorney for Gordian Ndubizu*


Dated: April 15, 2025