# JEROME A BALLAROTTO
## ATTORNEY AT LAW

**143 White Horse Avenue**  **604 Whitehead Street**
**Trenton, NJ 08610**  **Key West, FL 33040**
**609-581-8555**  **305-296-2270**

**Email: JABESQUIRE@aol.com**  www.ballarottolaw.com

May 9, 2025

**VIA ECF**

Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building, & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    RE:    United States of America v. Gordian A. Ndubizu
             <u>Case No.: 22-318 (ZNQ)</u>

Dear Judge Quraishi:

    As the Court is aware, Dr. Ndubizu has filed an Appeal from his conviction and sentence. He recently filed a Motion For Bail pending Appeal. The Court directed that the Government respond no later than May 16, 2025. At the present time he is scheduled to surrender on May 19, 2025. It would be our request that the Court allow Dr. Ndubizu an additional period of time with regard to his surrender date to allow the Court to decide the Motion.

Honorable Zahid N. Quraishi, U.S.D.J.
May 9, 2025
Page 2

      As always, we thank the Court for its time and attention to these matters.

                              Respectfully,

                              *Jerome A. Ballarotto*

                              Jerome A. Ballarotto

JAB/taw
cc:     Alexander Ramey, AUSA (via ECF)
        Ashley Pitts, AUSA (via ECF)
        Mark Coyne, AUSA (via ECF)